**Andrew MONAGHAN, Plaintiff–Appellant,**

v.

**Bill WIER; et al., Defendants–Appellees.**

No. 00–15490.

D.C. No. CV–00–0088–CAL.

United States Court of Appeals, Ninth Circuit.

Submitted July 9, 2001.*

Decided July 20, 2001.

Before KOZINSKI, T.G. NELSON, and TALLMAN, Circuit Judges.

MEMORANDUM **

■ Andrew Monaghan appeals pro se the district court's order sua sponte dismissing his complaint for failure to state a claim and denying leave to proceed in forma pauperis in his action against television

---

* The panel unanimously finds this case suitable for decision without oral argument and denies Monaghan's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

station, KABE, and newscaster Bill Wier, for making inappropriate statements, innuendos, and gestures on television. We have jurisdiction under 28 U.S.C. § 1291. *Hoohuli v. Ariyoshi*, 741 F.2d 1169, 1171–72 n. 1 (9th Cir.1984). We review de novo the district court's dismissal, *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir. 1998) (order), and we affirm.

 Because Monaghan's claims against KABE and Wier fail to give rise to federal subject matter jurisdiction, the district court properly dismissed the complaint. *See Denton v. Hernandez*, 504 U.S. 25, 32, 112 S.Ct. 1728, 118 L.Ed.2d 340 (1992); *Tosco Corp. v. Communities for a Better Env't*, 236 F.3d 495, 499 (9th Cir.2001).

Monaghan's request for a broader appealability certificate is denied.

AFFIRMED.